**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

May 10, 2021

**VIA ECF**

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District of New York
Federal Building - U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

      Re:    *Joel A. Bathrick v. CSX Transportation, Inc.*
             Case No.:    1:21-cv-0148 (DNH/ML)
             Our File No.:  9278.000

Dear Judge Lovric,

      This letter submission on behalf of plaintiff, Joel A. Bathrick and is filed in response to the Court's text Order of May 5, 2021 requesting the status of the above-referenced matter.

      The above-captioned matter has settled and plaintiff will be filing the Notice of Voluntary Dismissal shortly.  We apologize for the delay in advising the Court.

                      Respectfully submitted,

                      E. STEWART JONES HACKER MURPHY LLP

                      *s/James E. Hacker, Esq.*
                      James E. Hacker, Esq.
                      jhacker@joneshacker.com
                      Direct Dial:  (518) 213-0112

JEH:scf