```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------
JOEL A. BATHRICK,

                    Plaintiff,           NOTICE OF VOLUNTARY DISMISSAL
                                         PURSUANT TO F.R.C.P. 41(a)(1)(A)
-Against-
                                         Case No: 1:21-cv-0148 (DNH/ML)
CSX TRANSPORTATION, INC.,

                    Defendant.
-----------------------------------------
```

Pursuant to Rule 41(a)(l)(A) of the Federal Rules of Civil Procedure, the Plaintiff, the JOEL A. BATHRICK, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: May 10, 2021
       Troy, New York

                                    E. STEWART JONES HACKER MURPHY, LLP

                            By:     _____
                                    James E. Hacker, Esq.
                                    Bar Roll No.: 101888
                                    *Attorneys for Plaintiff*
                                    28 Second Street
                                    Troy, New York 12180
                                    (518) 274-5820
                                    jhacker@joneshacker.com